## ORDER FOR ENTRY OF JUDGMENT
### UNITED STATES DISTRICT COURT
FOR THE
### DISTRICT OF COLORADO

U.S.A.

vs.

Defendant: Oscar Linoguzman

Case No: 06-7024M

**TERM OF IMPRISONMENT:**

[✓] Defendant shall serve a term of imprisonment of __60__ days, to be served in a jail-type facility as designated by the Bureau of Prisons. — Bureau to give credit for time served.

[ ] Other term of imprisonment conditions: _____

[✓] 54 days are to be — The sentence of imprisonment shall be **SUSPENDED** by the Court., six days to be served. Suspended on condition of completion of:

Under the terms of this sentence, the defendant has been adjudicated guilty and placed on **Unsupervised Probation** by the Honorable Daniel B. Sparr, Senior United States Judge for the District of Colorado. The defendant's term of Unsupervised Probation is for a period of __6__ months, commencing __4-19-06__ and ending __10-18-06__.

**STANDARD CONDITIONS-**

It is the order of the Court that the defendant shall comply with the following *standard* conditions:

1. The defendant shall not commit another federal, state, or local crime;

2. The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance, or any paraphernalia related to any controlled substance, except as prescribed by a physician. If any treatment is ordered by the Court as noted below, the defendant shall abstain from the use of alcohol or other intoxicants during the course of such treatment.

3. The defendant shall support his or her dependents and meet other family responsibilities;

4. *As directed by the Court, the defendant shall submit to the government proof of successful completion of any program, treatment and/or special condition ordered by the Court, as noted below.*

**SPECIAL CONDITIONS-**

It is the order of the Court that the defendant shall comply with the following *special* conditions as checked by the Court below:

[✓] The defendant shall pay a Special Assessment of $ __10__, payable on or before __10-18-06__.

[✓] The defendant shall pay a Fine to the U.S. District Court Clerk's Office in the amount of $ __500__, payable on or before __10-18-06__.

[ ] The defendant shall pay restitution to the victim in this case in the amount of $ _____, payable on or before _____.

[✓] Other Financial Instructions/Orders of the Court: __processing fee $25.00 by 10-18-06__

-1-

**TREATMENT:**

[ ]   As directed by the Court, the defendant shall participate in and complete the following *State Certified* treatment program(s). The defendant will be required to pay the cost of the treatment ordered.

[✓] *ALCOHOL ABUSE PROGRAM*; Specifically, a __Level II__ program.

[ ] *DRUG or SUBSTANCE ABUSE PROGRAM*_____.

[ ] *MENTAL HEALTH PROGRAM*_____.

[ ] *ANGER MANAGEMENT PROGRAM*_____.

[ ] *PETTY THEFT CLASS*_____.

[ ] *OTHER TREATMENT PROGRAM*_____.

**COMMUNITY SERVICE WORK:**

[✓]   As directed by the Court, the defendant shall perform __60__ hours of community service work and provide proof of completion at the Review Hearing. Other Instructions:_____.

       If convicted of a drunk driving charge, the defendant shall attend and complete the MADD (Mother's Against Drunk Driver's) Panel Program.

**OTHER SPECIAL CONDITIONS:**

[ ] _____
_____
_____

**COMPLIANCE REVIEW HEARING: (OPTIONAL BY THE COURT)**

       The Court will not set a Compliance Review Hearing but orders the defendant to submit proof of completion of all special conditions to the government (Staff Judge Advocate's Office)

[X]   The defendant is to appear before the Court at 212 North Wahsatch Avenue, Suite #100, Colorado Springs, Colorado, for a COMPLIANCE REVIEW HEARING on __10-18-06__ at __10:00__. The defendant shall bring all proof of completion of any program, treatment, and/or special condition ordered by the Court.

_____     __4-19-06__
Daniel B. Sparr, Senior U.S. Judge     Date of Imposition of Judgment

Sparr Order
3/2005