# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

UNITED STATES OF AMERICA

**JUDGMENT IN A CRIMINAL CASE**
**(For a Petty Offense)**

v.

CASE NUMBER:  06-7024M

OSCAR LINOGUZMAN

PHILLIP OGDEN

**THE DEFENDANT:**
Pleaded guilty to Count One of the Information.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offenses: offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| C.R.S. 42-4-1301(1)(b) | Driving While Ability Impaired | 5/27/2005 | 1 |

The defendant is sentenced as provided in this judgment in accordance with the findings and conclusions made in open court. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

4/19/2006
Date of Imposition of Judgment

s/Daniel B. Sparr
Signature of Judicial Officer

Daniel B. Sparr
Senior U.S. District Judge
Name & Title of Judicial Officer

4/19/2006
Date

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of sixty (60) days, fifty-four (54) suspended on condition of successful completion of a term of six months unsupervised probation.

The court recommends that the Bureau of Prisons give credit for one day served.

The defendant is remanded to the custody of the United States Marshal.

## PROBATION

The defendant is hereby placed on probation for a term of six months unsupervised.

The defendant shall not commit another federal, state, or local crime and shall not illegally possess a controlled substance.

The drug testing condition required by 18 U.S.C. § 3563(a)(5) is suspended
based on the court's determination that the defendant poses a low risk of future substance abuse.
because it is likely that the defendant will be deported.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of probation that the defendant pay any such fine or restitution in accordance with the Schedule of Payments set forth in the Monetary Obligations sheet of this judgment.

The defendant shall complete a course of Level II Drug/Alcohol Education and shall pay for the costs of same.

The defendant shall perform sixty (60) hours of community service work and shall provide proof of completion at the review hearing.

## MONETARY OBLIGATIONS

The defendant shall pay the following monetary obligations in accordance with the schedule of payments set forth below.

| Count | Assessment | Fine | Restitution |
|-------|-----------|------|-------------|
| 1 | $10.00 | $500.00 | $0.00 |
| proc fee | $25.00 | | |
| **TOTALS** | $35.00 | $500.00 | $0.00 |

Having assessed the defendant's ability to pay, payment of the total monetary obligations shall be due as follows: Payment of all fees and costs shall be made on or before October 18, 2006.