UNITED STATES DISTRICT COURT

DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| Vs. | ) Criminal Action No. 1:06-mj-07024 - DBS |
| Oscar Linoguzman | ) |
| Defendant. | ) |

ORDER AMENDING SENTENCING ORDER

THIS MATTER, having come before the Court for consideration of the Defendant's motion to amend sentencing order and judgment in a criminal case, and the Court having considered the same, DOTH ORDER that the Treatment provisions of said sentencing order are amended by deleting the requirement that the Defendant complete a Level II Drug and Alcohol Class and substitutes in its place that the Defendant shall complete a State of California AB 541 First Offender Program of Alcohol Education. Upon completion, the Defendant shall cause a copy of the Certificate of Completion or other documentation evidencing completion of the program to be provided to the Court and to the U.S. Attorney. The Judgment in a Criminal Case shall be amended accordingly.

SO ORDERED, this 14th day of June, 2006.

BY THE COURT:

_____
U.S. DISTRICT COURT JUDGE