IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JUDGE: Gudrun J. Rice

Date: October 18, 2006
Violation/Case Number: 06-mj-07024

Shawn Schroeder, Deputy Clerk

FTR / CD

UNITED STATES OF AMERICA

v.

OSCAR LINOGUZMAN

Capt. Lauren Doyle

Phillip Ogden

---

( ) INITIAL APPEARANCE    ( ) ARRAIGNMENT    ( ) SENTENCING    (x) Status

---

Court in Session: 12:36          Court in Recess: 12:41          Time in Court: 5 minutes

Defendant present with counsel. Mr. Ogden advises of the problems with the California system in Mr. Linoguzman completing is Level II alcohol education courses. Requests re-appointment as counsel on behalf of the defendant and the defendant's period of probation be extended to allow him to complete his Level II education, or the California version thereof, and his community service. The motion is GRANTED. Defendant's probation shall be extended through **December 31, 2006**. No objection from government.

Hearing Concluded.